IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GIGI A. HERNANDEZ AND
FIGUEROA F. HERNANDEZ,

    Plaintiffs,                                                            CASE NO.:

vs.

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the Defendant, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, ("NATIONWIDE") by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441(a), hereby removes an action pending in the Circuit Court of the Eighteenth Judicial Circuit of Florida, in and for Seminole County, Florida, styled *Gigi Hernandez and Figueroa F. Hernandez*[1], Case No. 2022 CA 000263 where Plaintiffs, Gigi Hernandez and Figueroa F. Hernandez ("Hernandez"), sued Defendant, and states:

## TIMELY NOTICE OF REMOVAL

1. By Complaint of February 3, 2022, *Hernandez*, first sued NATIONWIDE. NATIONWIDE was served on February 7, 2022, through the

---

[1] It appears that Plaintiff, Holman S. Figueroa Hernandez' name is misspelled in the original, State Court case caption, which has been reproduced here.

Department of Financial Services. Defendant moved for an extension of time to respond to the Complaint in State Court on February 24, 2022, and by agreement of the parties, the response is due by March 26, 2022.

2. Plaintiffs alleged that the dwelling located at 455 S Triplet Lake Dr. Casselberry, FL 32707 (the "Subject Property"), which is insured by NATIONWIDE, sustained damages due to a failed plumbing system. See **Exhibit "1"**, Complaint, at ¶¶ 4-6, 11.

3. The Complaint did not state the specific amount of damages sought by Plaintiff, and only states that this is an action for damages in excess of $30,000.00, exclusive of interest, costs, and attorney's fees. **Complaint** at ¶1.

4. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "2"** as follows:

   a) Civil Cover Sheet;
   b) Complaint;
   c) Notice of Service of Correspondence by Plaintiff;
   d) Designation of electronic mail address by Plaintiff;
   e) Request for Admissions to Defendant;
   f) Notice of Service of Interrogatories to Defendant;
   g) Request for Production to Defendant;
   h) Photocopied document of Case Management Plan and Order;
   i) Summons issued- Nationwide Property & Casualty Ins.Co.;
   j) Summons returned served- Nationwide Property & Casualty Ins.Co.;
   k) Notice of Appearance & Designation of email address by Thaïs Passerieu OBO Defendant;
   l) Motion for Enlargement/Extension of Time to Respond to Complaint, 1st Interrogatories, 1st Request for Production & 1st Request for Admission by Defendant;
   m) Certification and Notice of Removal;
   n) Notice of Removal to Opposing Counsel.

## VENUE AND JURISDICTION

5.  This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446 (b) (3) and Local Rule 1.06.

6.  As fully set forth below, this Court has jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

## COMPLETE DIVERSITY EXISTS

7.  At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiffs, Gigi Hernandez and Figueroa F. Hernandez., (citizens of Florida) on the one hand, and Defendant, NATIONWIDE (not a Florida citizen) on the other.

8.  Ms. Gigi Hernandez is a citizen of Florida. She carries a Florida Driver's license and claims the insured property as homestead property. *See* **Composite Exhibit "3"**: Property Appraiser Property Card, Driver's License information for Gigi Hernandez.

9.  Mr. Hernandez is a citizen of Florida. He carries a Florida Driver's license and claims the insured property as homestead property. *See* **Composite Exhibit**

"4": Property Appraiser Property Card, Driver's License information for Figueroa F. Hernandez.

10. NATIONWIDE is incorporated in the State of Iowa, and has its principal place of business in the State of Iowa. Accordingly, at all times material to this action, NATIONWIDE is a citizen of the State of Iowa. NATIONWIDE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NATIONWIDE has been a foreign corporation doing business in Florida. Accordingly, NATIONWIDE is a citizen of the State of Iowa for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

10. Accordingly, there is complete diversity of citizenship between the parties within the meaning of 28 U.S.C. §1332 because NATIONWIDE is a citizen of Iowa and Plaintiff is a citizen of Florida.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

11. Hernandez sued NATIONWIDE for breach of an insurance policy, alleging failure to pay insurance proceeds related to wind/hailstorm damage.

12. The Complaint did not state the specific amount of damages sought by Plaintiff, and only states that this is an action for damages in excess of $30,000.00, exclusive of interest, costs, and attorney's fees. **Complaint** at ¶1.

13. On or about March 15, 2021 Plaintiff, through its attorney, submitted an estimate of damages/repairs totaling $141,309.04. See **Exhibit "5"**, **Advanced Pace Technologies Estimate**.

14. NATIONWIDE extended coverage for certain water damages pursuant to the Policy, and issued payments totaling $10,082.32, but disclaimed coverage as to the costs of access to the plumbing system, and associated reconstruction costs. See **Exhibit "6"**, **Certified Policy**, and **Composite Exhibit "7"**, **coverage position letters of August 12, 2021 and December 17, 2021.**

15. After reduction of prior payments ($10,082.32) and the deductible ($2,500.00) from Plaintiffs' demand ($141,309.04), the amount in controversy is at least $128,726.72.

16. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and NATIONWIDE are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## COMPLIANCE WITH 28 U.S.C. § 1446

18. NATIONWIDE files copies of all process, pleadings, and orders served on it in the State Action, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.

19. Pursuant to 28 U.S.C. § 1446(d), NATIONWIDE provided written notice of the filing of the Notice of Removal, along with copies of this Notice of

Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida. Attached to this notice is a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a).

**WHEREFORE**, NATIONWIDE MUTUAL INSURANCE COMPANY requests that this Court exercise jurisdiction over this matter.

Respectfully Submitted.

                                  BUTLER WEIHMULLER KATZ CRAIG LLP

                                  /s/ Thaïs Passerieu
                                  THOMAS A. KELLER, ESQ.
                                  Florida Bar No.: 0153354
                                  tkeller@butler.legal
                                  THAIS PASSERIEU, ESQ.
                                  Florida Bar No.: 1003091
                                  tpasserieu@butler.legal
                                  Secondary: knieman@butler.legal
                                  400 N. Ashley Drive, Suite 2300
                                  Tampa, Florida  33602
                                  Telephone:  (813) 281-1900
                                  Facsimile:  (813) 281-0900
                                  *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing instrument was served via CM/ECF and via email on March 8, 2022 to:

>Corey B. Justus, Esq.
>The Nation Law Firm, LLP
>570 Crown Oak Centre Drive
>Longwood, FL  32750
>kbrowne@nationlaw.com
>Secondary:  cjustus@nationlaw.com
>*Counsel for Plaintiffs*

/s/Thaïs Passerieu
THAIS PASSERIEU, ESQ.